| | | | |
|---|---|---|---|
| | AUSA: | Jihan Williams | Telephone: (313) 226-9520 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: | Marc DuBois, F.B.I. | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
v.

D-1  Raul Antonio RUIZ-RIOS
D-2  Gabriel BARRIOS
D-3  Jason Scott CORNUTE

Case: 2:19-mj-30420
Assigned To : Unassigned
Assign. Date : 8/7/2019
Description: IN RE: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to possess with intent to distribute controlled substances |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Agent Marc DuBois, F.B.I.
_Printed name and title_

Sworn to before me and signed in my presence.

Date: **AUG 0 7 2019**

City and state: Detroit, Michigan

_Judge's signature_

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Marc DuBois, a Task Force Agent (TFO) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I have been employed as a Task Force Agent with the FBI since November 2017 and am currently assigned to the FBI Detroit Division's Organized Crime Drug Enforcement Strike Force. As a federal task force agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, review of police reports, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and, therefore, does not contain all details or all facts of which I am aware relating to this investigation.

## II. SUMMARY OF INVESTIGATION

3. On June 14, 2019 I received information from a confidential human source that a subject named RAUL ANTONIO RUIZ-RIOS was staying at the Red

1

Roof Inn (17600 Dix Road Melvindale, MI 48122) and that he may been involved in narcotic trafficking.

4. On June 14, 2019 at approximately 0800 hours, I spoke with hotel personnel at the Red Roof Inn (Melvindale). I discovered that a person named RUIZ-RIOS had registered at the hotel on June 13, 2019 and payed one-night cash for a hotel room (Room #309). Hotel personnel advised that RUIZ-RIOS checked in with a Mexican Visa/Border crossing card and he may be with another Hispanic male subject in room 309.

5. On June 14, 2019 agents from FBI CHIEF Task Force established surveillance at the Red Roof Inn located on Dix/Toledo Highway, Melvindale, Michigan. Agents surveilled room 309, and through their surveillance identified two subjects occupying the room: RAUL ANTONIO RUIZ-RIOS, and GABRIEL BARRIOS.

6. At 9:40 am, I observed BARRIOS leave room 309, wearing a long sleeve blue and white checkered shirt and black pants. CHIEF Task force officers observed BARRIOS leave the hotel and enter the passenger seat of a white Volvo sedan with Pennsylvania license plates KCP 5XXX (Hereafter referred to as C1). CHIEF observed a black male subject, with a long beard sitting the driver's seat of C1, later identified as JASON SCOTT CORNUTE.

2

7. At 10:19 am, TFO Alan Hays observed BARRIOS and CORNUTE leave the white Volvo (C1) and go into the front doors of the hotel. TFO DuBois observed RUIZ-RIOS leave room 309, wearing a long sleeve checkered shirt and beige pants. RUIZ-RIOS walked south down the third-floor hallway and got into the hotel elevator, without anything in his hands.

8. At 10:22 am, TFO DuBois observed RUIZ-RIOS, BARRIOS, and CORNUTE exit the hotel elevator and go into room 309 without anything in their hands.

9. At 10:41 am, TFO DuBois observed BARRIOS and CORNUTE out of room 309. BARRIOS was pulling a black roller suitcase and CORNUTE had a black roller duffle bag slung over his shoulder. Both walked south on the third-floor hallway and got onto the hotel elevator. At 10:44 am, TFO Hays observed BARRIOS and CORNUTE out of the front door of the hotel, with luggage described. BARRIOS separated from CORNUTE and he walked over to a gray Nissan SUV with California license plates 8EDVXXX that was parked in the south parking lot (Hereafter referred to as C2). BARRIOS placed his black roller suitcase into the rear hatch of C2 and then entered the driver's seat of the vehicle. TFO Hays observed CORNUTE walk over to C1 and place the black roller duffle bag into the trunk. TFO Adam Kolbas observed CORNUTE walk over to C2 and get into the front passenger seat, empty handed. CHIEF officers observed C2 drive

3

down the street to a Metro gas station, located at 2661 Oakwood in Melvindale, Michigan where both BARRIOS and CORNUTE went inside. CHIEF Officers observed BARRIOS and CORNUTE get back inside C2 and drive back to the hotel parking lot.

10. At 10:58 am, TFO DuBois observed RUIZ-RIOS outside of room 309 carrying a black back pack and a white plastic shopping bag. RUIZ-RIOS walked south on the third-floor hallway and got onto the hotel elevator. TFO Hays observed CORNUTE outside of the front passenger seat of C2 and walk back to C1 where he entered the driver's seat. At 11:07 am, TFO Hays observed RUIZ-RIOS outside of the front doors of the hotel with luggage described. TFO Hays observed RUIZ-RIOS walk over to C2 and place his luggage in the rear hatch of the vehicle. RUIZ-RIOS then entered the front passenger seat of C2. CHIEF then observed both vehicles exit the hotel parking lot in tandem.

11. At 11:28 am, FBI CHIEF/Woodhaven Police Department stopped CORNUTE in the white Volvo sedan (C1). A K9 search of his vehicle was conducted and CHIEF located five (5) clear plastic sandwich bags containing a large amount of small round blue pills and a larger heat-sealed plastic bag, which contained the same small round blue pills (at the time, suspected Oxycodone). All the pills were concealed inside the black roller duffle bag inside the trunk of the vehicle. CORNUTE denied knowing the pills were in his possession, he also

4

denied ever being at the Red Roof Inn in Melvindale, Michigan. CORNUTE stated that he required his lawyer to be present, no further questions were asked.

12. At approximately 11:46 am, FBI CHIEF/Woodhaven Police Department stopped BARRIOS and RUIZ-RIOS in the gray Nissan SUV (C2). Both were transported to Woodhaven Police Department for further investigation.

13. On June 14, 2019, CHIEF Task Force Officer Kolbas interviewed BARRIOS. After advising BARRIOS, of his Miranda rights, BARRIOS, knowingly and voluntarily waived those rights and agreed to speak with TFO Kolbas. BARRIOS stated he and RUIZ-RIOS traveled from Los Angeles, California for a wedding in Cleveland, Ohio. BARRIOS stated they were in the Detroit area to see the city. BARRIOS admitted to staying at the Red Roof Inn (Melvindale, MI) on the night before. BARRIOS stated that he and RUIZ-RIOS never met with anyone at the hotel during their stay. TFO Kolbas produced an Ohio driver's license picture of CORNUTE, which BARRIOS examined. BARRIOS stated that he doesn't know subject in the picture, nor has he ever met him. TFO Kolbas explained to BARRIOS that during surveillance FBI CHIEF observed CORNUTE going into room 309 at the Red Roof Inn (Melvindale, MI), which is the room BARRIOS and RUIZ-RIOS occupied. BARRIOS stated that he may have met CORNUTE at the hotel and that if he went into room 309, he was in the restroom. TFO Kolbas conducted a consent search of BARRIOS Apple iPhone.

5

During initial search, TFO Kolbas observed a picture of an American Airlines boarding pass with the name JASON CORNUTE on it. BARRIOS stated that an unknown person sent him that picture.

14. On June 14, 2019, CHIEF Task Force Officer Lazar and SA Salinas interviewed RUIZ-RIOS. After advising RUIZ-RIOS, of his Miranda rights, RUIZ-RIOS, knowingly and voluntarily waived those rights and agreed to speak with TFO Lazar and SA Salinas. RUIZ-RIOS stated that he and BARRIOS drove from Riverside, CA to Detroit, MI en route to a wedding in Cleveland, Ohio. RUIZ-RIOS stated that had arrived in Detroit on June 13, 2019 and checked into the Red Roof Inn (Melvindale) at approximately noon. RUIZ-RIOS then advised TFO Lazar and SA Salinas that he wished to speak with his lawyer before any further questioning. No further questions were asked of RUIZ-RIOS.

15. On June 21, 2019, FBI CHIEF received laboratory report from Michigan State Police forensic laboratory. MSP Forensic Scientists Tiffany Staples concluded that the small round blue pills CORNUTE had in his possession tested positive for 523.06 grams of Fentanyl.

## III. CONCLUSION

16. Based on the above including my training and experience, and law enforcement surveillance, there is probable cause to believe RAUL ANTONIO RUIZ-RIOS, GABRIEL BARRIOS, and JASON SCOTT CORNUTE knowingly participated and conspired to distribute more than 500 grams of a substance containing fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1).

*Marc D. Box*
Marc DuBois, Task Force Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this _7th_ day of August, 2019.

*Elizabeth A. Stafford*
HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

7